UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION                                MDL No. 2385

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −23)

On August 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 883 F.Supp.2d 1355 (J.P.M.L. 2012). Since that time, 81 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of August 8, 2012, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Feb 28, 2013<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Jeffery N. Lüthi*<br>Jeffery N. Lüthi<br>Clerk of the Panel |

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____ Deputy Clerk
Date 2/28/13

IN RE: PRADAXA (DABIGATRAN ETEXILATE)  MDL No. 2385
PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-23 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 13-00597 | Lambert v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  13-60004·DRH·SCW |
| CAN | 3 | 13-00599 | Schneider v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  13-60005·DRH·SCW |
| CAN | 3 | 13-00601 | Abrams v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  13-60006·DRH·SCW |